OPINION — AG — ** TEACHERS' RETIREMENT — REFUND ** THE BOARD OF TRUSTEES OF THE OKLAHOMA TEACHERS' RETIREMENT SYSTEM DOES 'NOT' HAVE THE AUTHORITY TO REFUND THE " EXTRA " ONE PERCENT (1%) OF ANNUAL COMPENSATION PAID TO THE RETIREMENT SYSTEM BY SOME TEACHERS IN FISCAL YEAR 1978-1979 PURSUANT TO AN OPTIONAL " ESCAPLATED BENEFITS " RETIREMENT PLAN IN EFFECT AT THAT TIME. (CONTRIBUTIONS, ALLOWANCE, SPLIT FORMULA, SCHOOLS) CITE: 70 O.S. 17-116.2 [70-17-116.2], 70 O.S. 17-116.2 [70-17-116.2], 70 O.S. 17-101 [70-17-101] 70 O.S. 17-116.3 [70-17-116.3] (JIMMY D. GIVENS)